IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SUZANNE M. JOHNSON, | * |
| Plaintiff | * |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | CASE NO. 3:06-CV-105 (CDL) * |
| Defendant | * |

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 7, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 4th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE